**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1713**

---

In re: WANDA LETANG,

　　　　　　Petitioner.

---

On Petition for Writ of Mandamus.  (3:20-cv-00171-GMG-RWT)

---

Submitted:  July 28, 2022                    Decided:  August 5, 2022

---

Before AGEE, THACKER, and HARRIS, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Wanda Letang, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wanda Letang petitions for a writ of mandamus seeking an order directing the district court to file her amended complaint. She sent the amended complaint to the court six months after the court dismissed her civil rights case for failure to prosecute, and after the court had afforded her two opportunities to provide the information required for its consideration of her complaint. She did not seek to appeal the dismissal for failure to prosecute.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (alteration and internal quotation marks omitted). Mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Letang is not available by way of mandamus. Accordingly, we deny the petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2